# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WHITE STAR PETROLEUM HOLDINGS, LLC LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>THE ENERGY & MINERALS GROUP LP, JOHN T. RAYMOND, ELLIOT J. CHAMBERS, SCOTT R. MUELLER, LOUIS JOHN SCHAUFELE IV, LAURA A. TYSON, EMG WHITE STAR HOLDINGS LLC, EMG LIGHTHOUSE HOLDINGS LLC, EMG FUND III MANAGEMENT LP, THE ENERGY & MINERALS GROUP FUND III LP, EMG FUND III GP LP, EMG FUND II MANAGEMENT LP, EMG FUND II GP LP, THE ENERGY & MINERALS GROUP FUND II LP,<br><br>*Defendants.* | Civil Action No. 21-03060 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

1.	Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants EMG White Star Holdings, LLC and EMG Lighthouse Holdings, LLC make the following disclosures:

2.	EMG White Star Holdings, LLC discloses that it does not have a parent corporation, and no corporation owns 10% or more of its equity interests.

3.	EMG Lighthouse Holdings, LLC discloses that it does not have a parent corporation, and no corporation owns 10% or more of its equity interests.

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - Page 1**

Dated: April 26, 2021    Respectfully Submitted,

 

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr.
Southern District No. 30464
TX Bar No. 00793386
M. Scott Barnard
Southern District No.   22873.
TX Bar No. 24001690
Lauren E. York
Southern District No. 3633012
TX Bar No. 24098647
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
sbarnard@akingump.com
lyork@akingump.com

*Attorneys for the EMG Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2021, the foregoing document was served on counsel of record by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system and/or by first class mail.

Andrew S. Hicks
**SCHIFFER HICKS JOHNSON, PLLC**
700 Louisiana St., Suite 2650
Houston, Texas 77002
Tel: 713.357.5150
Fax: 713.357.5160
ahicks@shjlawfirm.com

Adam M. Dinnell
**SCHIFFER HICKS JOHNSON, PLLC**
700 Louisiana St., Suite 2650
Houston, Texas 77002
Tel: 713.357.5150
Fax: 713.357.5160
adinnell@shjlawfirm.com

Bryan E. Zubay
**SCHIFFER HICKS JOHNSON, PLLC**
700 Louisiana St., Suite 2650
Houston, Texas 77002
Tel: 713.357.5150
Fax: 713.357.5160
bzubay@shjlawfirm.com

*Attorneys for Plaintiff White Star Petroleum Holdings, LLC Litigation Trust*

Kathy D. Patrick
**GIBBS & BRUNS LLP**
Southern District No. 7075
TX Bar No. 15581400
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
Telephone: (713) 751-5253
Facsimile: (713) 750-0903
kpatrick@gibbsbruns.com

Thomas C. White
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
whitet@sullcrom.com

*Attorneys for Non-EMG Directors*

_____
Marty L. Brimmage, Jr.